BRANDON C. MCDUFFIE,

      Plaintiff,

      v.                             Case No. 25-CV-1172

ANDREW J. COLIN et al.,

      Defendants.

## ORDER

Plaintiff Brandon C. McDuffie is currently housed at the Milwaukee Secure Detention Facility and representing himself in this 42 U.S.C. § 1983 case. This matter comes before the Court on Defendants' motion to seal certain exhibits. In this district, a "sealed document" is only viewable by the judge. No attorney, not even the filing attorney, will be able to view the document unless given permission by the Court. A document restricted to case participants allows all attorneys of record and parties to view the document but not the general public. *See E-Filing Restricted and Sealed Documents*, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN (last visited July 9, 2026), *available at* https://www.wied.uscourts.gov/e-filing-restricted-and-sealed-documents. A review of Defendants' motion reveals that they are seeking protection from public disclosure, rather than requesting that the documents only be viewed by the judge. Therefore, the Court will construe the motion as a motion to restrict.

Under General Local Rule 79(d)(3), "[a]ny motion to restrict access or seal must be supported by sufficient facts demonstrating good cause for withholding the document or material from the public record." Defendants request that the Court restrict access to camera footage and

an incident report because these exhibits contain the HIPAA-protected information of non-party inmates who were housed in the same unit as Plaintiff during the incident.  Defendants have filed a redacted version of the incident report.  Defendants have demonstrated good cause for restricting public access to these exhibits.

**IT IS THEREFORE ORDERED** that Defendants' motion to seal (ECF No. 25), which the Court construes as a motion to restrict, is **GRANTED**.  The clerk is directed to designate the camera footage (ECF Nos. 27-3 & 27-4) and the incident report (ECF No. 27-5) as restricted exhibits.

Dated at Green Bay, Wisconsin on July 9, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2